24112

ARCHIE BELL CONSTRUCTION COMPANY, INC., Respondent v. Fred Paul NORMAN and Nan H. Norman; Pat Edwards, d/b/a Edwards Electric, Inc.; Dewey Sisk, d/b/a DBS Flooring; Sonny Rabon, d/b/a Sonny's Plumbing; Citicorp Homeowners, Inc.; and The Anchor Bank, Defen-

dants, of whom Fred Paul Norman and Nan N. Norman are Petitioners, and Pat Edwards, d/b/a Edwards Electric, Inc., is a Respondent.

(447 S.E. (2d) 192)

Supreme Court

*John R. Clarke* and *William Isaac Diggs,* North Myrtle Beach, *for petitioners.*

*Frederick C. Parsons, III* and *Stephen C. Ouverson,* Surfside Beach, *for respondent Archie Bell Const. Co., Inc.*

*O. Terry Beverly,* Conway, *for respondent Pat Edwards, d/b/a Edwards Elec., Inc.*

Heard May 5, 1994.

Decided July 5, 1994.

## ON WRIT OF CERTIORARI TO
## THE COURT OF APPEALS

*Per Curiam:*

We granted the petition for writ of certiorari to review the Court of Appeals' decision in *Archie Bell Construction Company, Inc. v. Fred Paul Norman, et al.,* — S.C. —, 427 S.E. (2d) 689 (Ct. App. 1993). After careful consideration, we hereby dismiss the petition of certiorari as improvidently granted.

/s/ David W. Harwell C.J.
/s/ A. Lee Chandler A.J.
/s/ Ernest A. Finney, Jr. A.J.
/s/ Jean H. Toal A.J.
/s/ James E. Moore A.J.